164 A.3d 411

STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION, PLAINTIFF–RESPONDENT, v. CENTENNIAL LAND & DEVELOPMENT CORP., DEVEL, LLC, DEFENDANTS, AND STEPHEN D. SAMOST, DEFENDANT–MOVANT, AND TOWNSHIP OF MEDFORD AND COUNTY OF BURLINGTON, DEFENDANTS, AND JOSEPH SAMOST, DEFENDANT, AND CENTENNIAL PINES CLUB, DEFENDANT/THIRD–PARTY PLAINTIFF, v. JOSEPH SAMOST, THIRD–PARTY DEFENDANT/FOURTH–PARTY PLAINTIFF, v. STEPHEN D. SAMOST, FOURTH–PARTY DEFENDANT.

March 23, 2017

**ORDER**

It is ORDERED that the motion for leave to file a motion for leave to appeal as within time (M–894) is granted.

164 A.3d 412

STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION, PLAINTIFF–RESPONDENT, v. CENTENNIAL LAND & DEVELOPMENT CORP., DEVEL, LLC AND STEPHEN D. SAMOST, DEFENDANTS, AND TOWNSHIP OF MEDFORD AND COUNTY OF BURLINGTON, DEFENDANTS, AND JOSEPH SAMOST, DEFENDANT–MOVANT, AND CENTENNIAL PINES CLUB, DEFENDANT/THIRD–PARTY PLAINTIFF, v. JOSEPH SAMOST, THIRD–PARTY DEFENDANT/FOURTH–PARTY PLAINTIFF, v. STEPHEN D. SAMOST, FOURTH–PARTY DEFENDANT.

March 23, 2017

ORDER

It is ORDERED that the motion for leave to file a motion for leave to appeal as within time (M–898) is granted.